Todd F. Nevell, Esq. SBN: 170054
tnevell@ssnlaw.com
SCOLINOS, SHELDON & NEVELL LLP
301 North Lake Avenue, Suite 1000
Pasadena, California 91101
Telephone: (626) 793-3900
Facsimile: (626) 568-0930

Attorneys for Plaintiff, CHRISTINE BENDER

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| CHRISTINE BENDER, | CASE NO.: 2:23-cv-06022 CAS (ASx) |
|---|---|
| Plaintiff, | Judge: Christina A. Snyder |
| v. | Courtroom: 8D |
| AMERICAN AIRLINES, INC., and DOES 1 through 100, Inclusive, | **ORDER FOR DISMISSAL WITH PREJUDICE PURSUANT TO STIPULATION  [21] [JS-6]** |
| Defendants. |  |
|  | Trial date: 03/11/2025 |

**ORDER FOR DISMISSAL WITH PREJUDICE**

After considering the Stipulation for Dismissal with Prejudice of counsel, IT IS HEREBY ORDERED THAT:

1. The operative Complaint is dismissed with prejudice;

2. Each party to bear her or its own costs and attorneys' fees.

DATED: JUNE 10, 2024

_____
CHRISTINA A. SNYDER, U.S. District Judge

-1-
ORDER FOR DISMISSAL WITH PREJUDICE PURSUANT TO STIPULATION

# **CERTIFICATE OF SERVICE**

    I, the undersigned, certify that on June 10, 2024, I caused to be electronically filed a true and correct copy of the following document(s) with the Clerk of the Court for the United States District Court, Central District of California by utilizing the CM/ECF system, which will send a notice of electronic filing to all other parties appearing below who are registered CM/ECF users:

**[PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE PURSUANT TO STIPULATION**

Jeffrey S. Behar, Esq.
Tina I. Mangarpan, Esq.
FORD, WALKER, HAGGERTY & BEHAR LLP
One World Trade Center, 27th Floor
Long Beach, CA 90831
RJ Direct: (562) 983-2581
RJ Fax: (562) 983-2555
Main: (562) 983-2500
jbehar@fwhb.com
tina@fwhb.com
debbie@fwhb.com
jwaddell@fwhb.com
*Attorneys for Defendant, American Airlines, Inc.*

**[X]  (FEDERAL)** I declare under penalty of perjury in accordance with 28 U.S.C. Section 1746 that the foregoing is true and correct.

                                     */s/ Todd F. Nevell*
                                     TODD F. NEVELL